
**SWARTZ SWIDLER, LLC**

ATTORNEYS AT LAW

9 Tanner Street, Suite 101
Haddonfield, NJ 08033
Tel: (856) 283-3525
Cell: (215) 913-7109
Fax: (856) 685-7417
jboyette@swartz-legal.com

January 13, 2026

<u>**VIA E-FILING**</u>

The Honorable Mark A. Kearney
United States District Judge
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street Philadelphia, PA 19106

    **RE:** *Martin v. SEPTA,* **2:25-cv-06468**

Dear Judge Kearney:

    Plaintiff respectfully writes to request a brief modification of the Court's January 9, 2025 Order concerning the deadline to file an amended complaint. Both Defendants consent to this request.

    Following the conferral between Plaintiff and the Defendant Local 234, the Court's January 9 Order provided that Plaintiff could file an amended complaint which might address the issues on which Defendant Local 234 wishes to move to dismiss, but that if no amended complaint was filed by January 15, 2025, Defendant Local 224 could then file a motion to dismiss.

    Today, Plaintiff conferred with Defendant SEPTA regarding additional issues that Plaintiff hopes can be addressed via an amended pleading. Given the timing of this second conferral, Plaintiff respectfully requests additional time to prepare an amended complaint that may address the concerns raised by both Defendants.

    Accordingly, with the consent of both Defendants, Plaintiff requests that the Court modify the January 9 Order as follows: Plaintiff shall have until January 20, 2025 to file an amended complaint, and if no amended complaint is filed by that date, Defendants shall have until January 26, 2025 to file a motion to dismiss directed at the original complaint.

    Plaintiff believes this modest extension will promote judicial efficiency by allowing a single amended complaint to address all issues raised during conferral, potentially narrowing or eliminating the need for motion practice.

                                        Respectfully submitted,

                                        ***/s/ Joshua S. Boyette***
                                        Joshua S. Boyette, Esq.