IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMELLA MARTIN | : CIVIL ACTION |
| | : |
| v. | : NO. 25-06468 |
| | : |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY, | : |
| TRANSPORT WORKERS UNION OF | : |
| PHILADELPHIA, LOCAL 234 | : |

## ORDER

**AND NOW**, this 11th day of March 2026, upon considering Local 234's Motion to dismiss (ECF 17), SEPTA's partial Motion to dismiss (ECF 18), Plaintiff's Responses (ECF 21, 22), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1.      **GRANT in part** and **DENY in part** Local 234's Motion (ECF 17) dismissing the racial discrimination claim under section 1981 without prejudice but allowing Plaintiff to proceed on her Pennsylvania fair representation claim against Local 234;

2.      **DENY** SEPTA's partial Motion as to the contract claim (ECF 18); and,

3.      **GRANT** each Defendant leave to file an Answer to the remaining allegations by no later than **March 25, 2026.**

_____
KEARNEY, J.