**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARMELLA MARTIN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-06468 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| TRANSPORT WORKERS UNION OF | : | |
| PHILADELPHIA, LOCAL 234 | : | |

## ORDER

**AND NOW**, this 17th day of March 2026, upon considering Defendant Local 234's Request to reschedule the initial pretrial conference (ECF 25), and finding good cause, it is **ORDERED** the Request is **GRANTED** requiring we **amend** our March 11, 2026 Order (ECF 25) only to:

1.     **Reschedule** the telephonic initial pretrial conference for **May 5, 2026** at **8:45 A.M.** via ZoomGov (1-646-828-7666; Meeting ID: 161 626 6398; Passcode: 995329);

2.     Allow Local 234 produce its required initial disclosures under Fed. R. Civ. P. 26(a) and produce copies of the identified documents, on or before **May 1, 2026**;

3.     Require Plaintiff's counsel file the Report of the Rule 26(f) Meeting consistent with our March 11, 2026 Order (ECF 25) by no later than **Noon** on **Monday, May 4, 2026**; and,

4.     All other aspects of our March 11, 2026 Order (ECF 25) including discovery and settlement discussion obligations remain in effect while urging all counsel show professional courtesy to Local 234's counsel's family obligations (as they may expect if in the same situation) over the next few weeks.

KEARNEY, J.